IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORY L. MOMON, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-167 |
| BUHLEBOTHAND BELINDA ZIMU-SCOTT, TEXAS ATTORNEY GENERAL, LAB CORP. INC, STEPHAN L. HONORE, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | § § § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 16, 2017, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 7th day of July, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE